Chong v. Gonzales Doc. 2





UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI WON CHONG, Petitioner, vs. ALBERTO GONZALEZ, Respondent. | Civil No. 06-2408 LAB (NLS) **ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241,[1] but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis.

A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis. *See* Local Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this action he must submit a copy of this Order with the

/ / /

/ / /

/ / /

[1] This case was originally filed on October 10, 2006, in the United States District Court for the Central District of California, Western Division. The case was transferred to this Court on October 26, 2006.



Dockets.Justia.com

requisite $5.00 fee or adequate proof he cannot pay the fee **no later than January 2, 2007**. **For Petitioner's the Clerk of Court shall attach a blank request to proceed in forma pauperis form to this Order.**

**IT IS SO ORDERED.**

DATED: 11-14-06

Larry Alan Burns
United States District Judge